IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SHELLFISH TO GO II, INC. | ) |
| Plaintiff | ) ) ) |
| vs. | ) Civil Action No. 2:13cv009-FL ) ) |
| DIRTY DICKS, INC | ) ) |
| Defendants. | ) ) |

## ENTRY OF DEFAULT BY CLERK

Upon the Motion for Entry of Default filed by Plaintiff, Shellfish To Go II, Inc., and for good cause shown, namely, that Defendant, Dirty Dicks, Inc., after having been served, has failed to file an answer or any other responsive pleading, IT IS HEREBY ORDERED, pursuant to Rule 55, Fed.R.Civ.P., that default is entered against Defendant, Dirty Dicks, Inc.

IT IS SO ORDERED.

This the 28th day of June, 2013.

_____
Clerk of Court
United States District Court
Eastern District of North Carolina