UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SHELLFISH TO GO II, INC., | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 2:13-CV-9-FL |
| DIRTY DICK'S, INC., | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's Motion for Default Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered September 10, 2013 and October 11, 2013, and for the reasons set forth more specifically therein, that plaintiff's Motion for Default Judgment is granted in part and dismissed as moot in remaining part where plaintiff waived its right to recover infringement damages. Judgment is entered in favor of the plaintiff where the court awards injunctive relief as described more particularly in the court's September 10, 2013 order. Further, the court has determined defendant is liable to plaintiff for fees in the amount of Nine Thousand Four Hundred Eighty-Seven Dollars and 50/100 ($9,487.50), with interest at the legal rate from and after entry of judgment, together with costs of this action.

**This Judgment Filed and Entered on October 11, 2013, and Copies To:**
Matthew Jacob Ladenheim (via CM/ECF Notice of Electronic Filing)
Dirty Dick's, Inc. (via U.S. Mail) 2407 S. Croatan Hwy., Nags Head, NC 27959

This 11th day of October, 2013

JULIE A. RICHARDS, CLERK
/s/ Christa N. Baker
(By) Christa N. Baker, Deputy Clerk